[No. 62772-4-I. Division One. March 1, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. ABDU MOHAMMED BERHAN-ABDU, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-03275-9, Jeffrey M. Ramsdell, J., entered January 15, 2009. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Cox and Appelwick, JJ.

[No. 63044-0-I. Division One. March 1, 2010.]

*In the Matter of the Marriage of* ROBERT B. MILLMAN, *Appellant*, and LINDA M. JOSEPHSON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 00-3-10121-3, Margaret T. Sassaman, J. Pro Tem., entered January 23, 2009. *Reversed* and *remanded* by unpublished opinion per Schindler, C.J., concurred in by Dwyer and Leach, JJ.

[No. 63217-5-I. Division One. March 1, 2010.]

BELLINGHAM BSC, LLC, *Appellant*, v. AMBULATORY RESOURCE CENTRES OF WASHINGTON, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 08-2-00218-3, Steven J. Mura, J., entered February 27, 2009. *Affirmed* by unpublished opinion per Cox, J., concurred in by Becker and Ellington, JJ.

[No. 63266-3-I. Division One. March 1, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JESUS SILVA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-07124-0, Deborah D. Fleck, J., entered March 9, 2009. *Affirmed* by unpublished opinion per Schindler, C.J., concurred in by Dwyer and Leach, JJ.